IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENTRELL MORDECAI BEAMER**                                 **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:14CV348-LG-RHW**

**CITY OF GULFPORT, MISSISSIPPI, and
OFFICER UNKNOWN REYNOLDS**                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the Report and Recommendation [39] entered by United States Magistrate Judge Robert H. Walker, in which he recommends that this lawsuit filed by Kentrell Mordecai Beamer should be dismissed for failure to comply with court orders and for failure to prosecute. Beamer did not file an objection to the Report and Recommendation, and the copy of the Report and Recommendation sent to Beamer was returned as undeliverable.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's Report and Recommendation is neither clearly erroneous nor contrary to law. Therefore, the Report and Recommendation entered by Judge Walker is adopted as

the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [39] entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the opinion of this Court.  This lawsuit is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 18th day of November, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE